No. 95–1723. GRIMMETT, TRUSTEE FOR THE BANKRUPTCY ESTATE OF SIRAGUSA, ET AL. *v.* BROWN ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1003.] Motions of National Association of Securities and Commercial Law Attorneys and Plaintiffs'

Executive Committee, MDL No. 1069, et al. for leave to file briefs as *amici curiae* granted.